UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HEATHER GOSS, AS NEXT FRIEND AND GUARDIAN OF BABIES C.B. AND V.B., ) | CIVIL ACTION NO. 1:19-op-45518 |
| ) | MDL NO. 1:17-md-02804 |
| Plaintiff, ) | |
| ) | |
| -vs- ) | O R D E R |
| ) | |
| MCKESSON CORPORATION; CARDINAL ) HEALTH, INC.; ) AMERISCOURCEBERGEN ) CORPORATION, ET AL ) | |
| ) | |
| Defendant, ) | |
| ) | |

In light of the failure by Plaintiff or Plaintiff's guardian to provide to the Court notice of replacement counsel, this action is DISMISSED without prejudice.

IT IS ORDERED.

Date: August 20, 2025

*s/Dan Aaron Polster*
Dan Aaron Polster
United States District Judge